SIDNEY GANS and Others, etc., Plaintiffs, Respondents, and JAY WINSTON and Others, Executors, etc., of CORNELIUS D. KAY, Deceased, and CHARLES A. CROWNSHIELD, Plaintiff-Intervenors, Respondents, v. WILLIAM R. HEARST and Others, Defendants, Impleaded with AMERICAN NEWSPAPERS, INC., and Others, Defendants, Appellants.— Order unanimously affirmed, with twenty dollars costs and

disbursements, with leave to the defendants-appellants to answer within ten days. after service of order on payment of said costs. No opinion. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.